**Order entered October 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01042-CV

### THANESTATE HD PLANO INVESTMENT INC. (HOME DEPOT), Appellant

### V.

### COLLIN CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03884-2016**

## ORDER

We **GRANT** appellee's unopposed motion to amend brief. Appellee shall file its amended brief by October 25, 2019.

/s/     BILL WHITEHILL
        PRESIDING JUSTICE